### KERR v. WRIGHT, JOHNSON & Co.

PRACTICE IN THE SUPREME COURT: ABSTRACT: FAILURE TO FILE.

*Appeal from Linn District Court.*

SATURDAY, DECEMBER 13.

ROTHROCK, J.—This cause has been fully submitted to us without a printed abstract, as required by the rules of this court. Reference is made in the argument to the written transcript, but no order has been made that the printed abstract required by the rules may be dispensed with. In this state of the record the judgment of the court below must be

AFFIRMED.